1:24-cv-127

FILED - LN
March 4, 2024 11:04 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: EOD SCANNED BY: ___/___

Feb. 27, 2024

In response to the summons brought against me, I, Michelle Signor, am not guilty of the charges being brought against me.

I started working for Mr. Thompson in November of 2021, at that time Kelly Smith, Rose Thornton, Matt (? I don't remember last name.) and Anna Nyguyen where all working for Mr. Thompson. Matt was head of the construction crew, Mrs. Thornton was a real estate agent, Mrs. Nyguyen was in charge of Harbor Cove RV Resort and Mrs. Smith was in charge of all the accounting for all of the entities with the exception of Harbor Cove RV.

Mr. Thompson told Mrs. Smith that he would like me to take over for South Willowbrook Associates and United Builders. Mrs. Smith was not wanting to allow me to do anything, I had to go to Mr. Thompson on multiple occasions. Mr. Thompson finally told Mrs. Smith, Mrs. Thrornton and myself that he would like to have a sit down with all of us. At this time, being roughly around the middle of December, Mr. Thompson told Mrs. Smith she was to allow me to take over South Willowbrook Associates and United Builders and that Mrs. Thornton was to take over Thompson Properties. Anna Nyguyen was still to remain over Harbor Cove RV.

Mrs. Smith did finally allow me to take over South Willowbrook and United Builders. My sole job was to do the bookkeeping for the two entities. I was able to print bank statements for the two entities so that I could reconcile the accounts on Quickbooks, this was my only job. When rent checks would come in from South Willowbrook I was to hand them to Kelly, Rose or Mike and one of them would take them to the bank. Kelly was in charge of writing any checks that needed written for South Willowbrook or United Builders as she was in charge of all the check books and the stamp with Mr. Thompson's signature.

Mrs. Smith quit April 25, 2022, at this time I was given the check books for South Willowbrook, United Builders and Thompson Construction along with the stamp with Mr. Thompson's signature. I was also given the responsibility to do Thompson Construction's booking keeping in Quickbooks. At this time Mr. Thompson, Mrs. Thornton and myself had a meeting and I was told that I was to go to Mrs. Thornton with anything that I needed until told differently. There were times that Mr. Thompson would ask me where the banks stood with money, what bills are outstanding, or he would ask me for the P&L statements or balance sheets from the entities and I would always get what he asked for right then.

Through my entire employment with Mr. Thompson and/or his entities I was never allowed to do any transferring of funds through any of the banks. I was not allowed to write any checks without the permission from Mr. Thompson and/or Mrs. Thronton. Either Mr. Thompson would sign the checks personally or he would tell Mrs. Thornton to sign it for him or I would be told to use the stamp by either Mr. Thompson or Mrs. Thornton.

I didn't use credit cards very often and if I did, I would go to Mr. Thompson, he would hand me a credit card, I would pay whatever I needed the card for then I would hand the card

right back to Mr. Thompson. There was only one time that I carried a credit card on my person, Mr. Thompson asked my husband to go to Mississippi for him to pick up a Red River construction trailer and the credit card was used for gas, food and hotel stay. My husband did not work for Mr. Thompson at this time and the semi used to go and get the trailer belonged to Mr. Thompson. Kelly Smith was the one that gave me the credit card and I was to return the credit card to her when we returned from getting the trailer, per Mr. Thompson and Mrs. Smith.

    I was given the responsibility of doing Harbor Cove RV in Quickbooks at some point after Mrs. Smith left, I don't have the exact date. Mrs. Nyguyen did all the writing of checks and/or paying bills for Harbor Cove RV, I only reconciled Quickbooks for this entity.

    There were times that I needed petty cash to pay some of the employees for Thompson Construction for payroll per Mr. Thompson. There were times that the Thompson Constructions employees would fill vehicles with their own money or buy parts needed to fix vehicles and per Mr. Thompson I was to reimburse them with the petty cash. I was always told a specific amount to write the Petty Cash check for by Mrs. Thornton or Mr. Thompson and then one of them would sign the check or I would be told to use the stamp by one of them.

    My employment ended with Mr. Thompson April 18th, 2023 after I had given Mr. Thompson my two weeks notice on April 7th, 2024. My intent to fulfill the two weeks was true, however, things had become uncomfortable working for Mr. Thompson so I left early. Mr. Thompson claims that he fired me and that is not true and his brother-in-law can attest to the fact that I actually gave notice and was not fired.

Thank you,

Michelle Signor

Signature: *Michelle Signor*  Date: 2/27/24

*I am not guilty of the things Mr. Thompson and/or his entities are accusing me of. I would like this to go to court with a jury trial.*

*Michelle Signor*

Robert + Michelle Signon
205 S. Willowbrook Rd
Coldwater, mi 49036

113 Federal
315 W. Alle
Lansing, m



Building
gan
ni
8933