FILED - LN
March 4, 2024 11:04 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: EOD SCANNED BY: /s/

1:24-cv-127

Feb. 27, 2024

In response to the summons brought against me, I, Robert Signor, am not guilty of the charges being brought against me.

I did not commit conspiracy, as my wife, Michelle Signor, did not do the things that she is being accused of. In fact, Mr. Thompson and/or his entities owe me money for promises that he made to get me to come and work for him.

I worked for him from June to October, verbally he promised to buy a semi and trailers for me, in which he did do. However, he also told me that I would end up owning the semi and trailers, by Mr. Thompson taking so much a month from me and that never was done. Mr. Thompson also told me that I was allowed to find my own work when Thompson Construction didn't need me and that I would receive half of the money brought in from the work I found.

I was able to get work with Entech and run loads for them in which Mr. Thompson made roughly $11,000.00 and I only received my hourly pay from Mr. Thompson.

Mr. Thompson also told me he could help me make a really good amount of money working for him and running my found loads, however, I ended up having to quit working for Mr. Thompson and find a different job because nothing was as he promised or said it would be.

I wasn't even getting 40 hours a week working with him nor was I making enough money to even live on.

So, again I am not guilty of the things that Mr. Thompson and/or his entities are accusing me of, I would like this to go to court with a jury trial.

Thank you,

Robert Signor

*[signature]*     2/27/24

Signature     Date

ert + M. Simon
5 S. Willowbrook Rd
dwater, mi 49036

113 Federal
315 W. Alle
Lansing, m
4

uilding
n

933