# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MICHAEL THOMPSON; THOMPSON
PROPERTIES, LLC; UNITED BUILDERS, LLC;
HARBOR COVE RV RESORT, LLC; SOUTH
WILLOWBROOK ASSOCIATES, LLC; GULF
SHORES, LLC; SOUTH WILLOWBROOK
SOUTH, LLC; THOMPSON CONSTRUCTION
CO., LLC; FIRST CHOICE REAL ESTATE
ASSOCIATES, LLC; and LTP, LLC,

          Plaintiffs,

v.

ROSE THORNTON, MICHELLE SIGNOR,
NICHOLAS THORNTON, and ROBERT SIGNOR

          Defendants.

Case No. 1:24-cv-00127-RJJ-SJB

Hon. Robert J. Jonker

_____/

## PLAINTIFFS' RESPONSE TO MARCH 12, 2024 SHOW CAUSE ORDER

Plaintiffs, for their response to this Court's March 12, 2024 Order to Show Cause (ECF No. 21, Page.ID 74) state:

1. Plaintiffs have agreed with defendants Rose Thornton and Nicholas Thornton to a 45-day extension of time for Rose Thornton and Nicholas Thornton to answer the Complaint. (Ex. 1; 03/04/24 E-mail).

2. Under the terms of the agreement, Rose Thornton and Nicholas Thornton have until April 18, 2024 to file an answer or other responsive pleading.

3. In the meantime, Plaintiffs and Rose Thornton and Nicholas Thornton have engaged in substantive settlement negotiations.

4. This Court should not dismiss this action for lack of progress because the parties agreed to an extension of time for answering the complaint and have been engaged in substantive settlement discussions during that intervening time.

Dated: April 8, 2024

Respectfully Submitted:

**ALTIOR LAW, P.C.**

/s/ Stephen T. McKenney
Kenneth F. Neuman (P39429)
Stephen T. McKenney (P65673)
Attorneys for Plaintiffs
401 S. Old Woodward, Suite 460
Birmingham, MI 48009
(248) 594-5252
kneuman@altiorlaw.com
smckenney@altiorlaw.com

## CERTIFICATE OF SERVICE

I certify that on April 8, 2024, I electronically filed the forgoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record on the ECF Service List.

/s/ Stephen T. McKenney
Stephen T. McKenney (P65673)