## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

MICHAEL THOMPSON; THOMPSON PROPERTIES, LLC; UNITED BUILDERS, LLC; HARBOR COVE RV RESORT, LLC; SOUTH WILLOWBROOK ASSOCIATES, LLC; GULF SHORES, LLC; SOUTH WILLOWBROOK SOUTH, LLC; THOMPSON CONSTRUCTION CO., LLC; FIRST CHOICE REAL ESTATE ASSOCIATES, LLC; and LTP, LLC,

        Plaintiffs,

v.

ROSE THORNTON, MICHELLE SIGNOR, NICHOLAS THORNTON, and ROBERT SIGNOR

        Defendants.

_____/

Case No. 1:24-cv-00127-RJJ-SJB

Hon. Robert J. Jonker

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT ROSE THORNTON ONLY

This matter is before this Court on the stipulation of the affected parties as evidenced by their signatures (or the signatures of their counsel) below. Consistent with Rule 41(A)(1)(a)(ii):

**IT IS ORDERED** that Plaintiffs' complaint against defendant Rose Thornton, only, is **DISMISSED WITH PREJUDICE**.

Grand Rapids, Michigan  
Dated: April 29, 2024

/s/ Robert J. Jonker  
UNITED STATE DISTRICT JUDGE

So stipulated:

/s/ Stephen T. McKenney  
Stephen T. McKenney (P65673)  
Attorney for Plaintiffs

/s/ Rose Thornton (w/consent see attached)  
Rose Thornton, *in propria persona*

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL THOMPSON; THOMPSON PROPERTIES, LLC; UNITED BUILDERS, LLC; HARBOR COVE RV RESORT, LLC; SOUTH WILLOWBROOK ASSOCIATES, LLC; GULF SHORES, LLC; SOUTH WILLOWBROOK SOUTH, LLC; THOMPSON CONSTRUCTION CO., LLC; FIRST CHOICE REAL ESTATE ASSOCIATES, LLC; and LTP, LLC, | Case No. 1:24-cv-00127-RJJ-SJB<br><br>Hon. Robert J. Jonker |

Plaintiffs,

v.

ROSE THORNTON, MICHELLE SIGNOR, NICHOLAS THORNTON, and ROBERT SIGNOR

Defendants.
_____/

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT ROSE THORNTON ONLY

This matter is before this Court on the stipulation of the affected parties as evidenced by their signatures (or the signatures of their counsel) below. Consistent with Rule 41(A)(1)(a)(ii):

**IT IS ORDERED** that Plaintiffs' complaint against defendant Rose Thornton, only, is **DISMISSED WITH PREJUDICE**.

Grand Rapids, Michigan
Dated:_____

_____
UNITED STATE DISTRICT JUDGE

So stipulated:

_____     _____
Stephen T. McKenney (P65673)         Rose Thornton, *in propria persona*
Attorney for Plaintiffs