UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMPSON PROPERTIES, LLC, et al.,

    Plaintiffs,                        Case No. 1:24–cv–00127–RJJ–SJB

v.                                    Hon. Robert J. Jonker

MICHELLE SIGNOR,

    Defendant.
_____/

## **ORDER**

    For reasons communicated to counsel on July 2, 2024, the parties' proposed protective order (ECF No. 37) is denied without prejudice.

    IT IS SO ORDERED.

Dated: July 2, 2024                              /s/ Sally J. Berens
                                                    SALLY J. BERENS
                                                    U.S. Magistrate Judge